1  JIVAKA CANDAPPA, (SBN 225919)
   180 Grand Avenue, Suite 700
2  Oakland, CA 94612
3  Telephone: (510) 628-0300
   Facsimile: (510) 628-0400
4

5  Attorney for Plaintiffs BARRY WHITE, JR.,
   and DEMITRIUS ANDERSON
6

7

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | BARRY WHITE, JR. and DEMITRIUS    ) Case No.: C 11-04221 YGR
   | ANDERSON,                          )
13 |                                    )
   |         Plaintiffs,                )
14 |                                    ) **STIPULATION AND [PROPOSED]**
   |    vs.                             ) **ORDER TO STAY PROCEEDINGS**
15 |                                    ) **PENDING RESOLUTION OF CRIMINAL**
   |                                    ) **PROSECUTIONS**
16 | CITY OF ANTIOCH, JAMES HYDE, Chief )
   | of Police, Antioch Police Department, in his ) Judge:  Hon. Yvonne Gonzalez Rogers
17 | official and individual capacities; ALLAN   )
   | CANTANDO, Chief of Police, Antioch Police )
18 | Department, in his official and individual )
19 | capacities; OFFICER NICHOLAS CUEVAS )
   | (#3920), OFFICER CHRIS WALTERS    )
20 | (#3489), CORPORAL MIKE HULSEY     )
   | (#2356), CORPORAL KELLY OUIMET    )
21 | (#2031), LIEUTENANT LEONARD       )
22 | ORMAN (#1878), OFFICER MIKE       )
   | MELLONE (#4323), DOES 1 through 25, in )
23 | their official and individual capacities, )
   |                                    )
24 |         Defendants.                )
25 |                                    )

26

27

28

Plaintiffs Barry White, Jr. and Demitrius Anderson, and Defendants City of Antioch, James Hyde, Allan Cantando, Nicholas Cuevas, Chris Walters, Mike Hulsey, Kelly Ouimet, Leonard Orman, and Mike Mellone, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS Plaintiffs filed a civil rights complaint in the United Stated District Court in the Northern District of California on August 26, 2011, arising out of an incident relating to the arrests of Plaintiffs by officers of the Antioch Police Department on August 29, 2009;

2. WHEREAS the Contra Costa County District Attorney's Office initiated criminal proceedings against both Plaintiffs on or about May 24, 2010, in connection with the incident relating to the arrests of Plaintiffs on August 29, 2009;

3. WHEREAS Plaintiff Barry White, Jr. is charged with the following felonies related to that arrest: Penal Code § 245(c), assault with a deadly weapon, and Penal Code § 69, resisting an executive officer;

4. WHEREAS Plaintiff Barry White's preliminary hearing concluded in December of 2011;

5. WHEREAS Plaintiff Barry White's defense relating to the criminal charges alleged against him will not be ready for trial for at least another nine (9) months;

6. WHEREAS Plaintiff Demitrius Anderson is charged with the following misdemeanor related to that arrest: Penal Code § 148(a)(1), delaying, obstructing or resisting a peace officer;

7. WHEREAS Plaintiff Demitrius Anderson's defense relating to the criminal charge alleged against him will not be ready for trial for at least another nine (9) months;

8. WHEREAS Plaintiffs intend to invoke their rights pursuant to the Fifth Amendment of the United States Constitution in this civil action until the termination of the criminal prosecutions against them;

9. WHEREAS the success of some or all of the claims brought against the

Stipulation and Order to Stay Action         White et al. vs. City of Antioch et al.
                                              Case No.: C 11-04221 YGR
-2-

Defendants in this civil case may turn on the outcome of the criminal prosecutions against Plaintiffs;

10. WHEREAS Plaintiffs' claims against Defendants in this civil matter may be limited and/or barred should either of the Plaintiffs suffer convictions in relation to these pending criminal proceedings;

11. WHEREAS there are many overlapping and intertwined issues between the criminal and civil cases involving the Plaintiffs and going forward on the civil case while the criminal cases are still pending could lead to inconsistent rulings and/or verdicts.

12. WHEREAS on November 18, 2011, per Stipulation and Order, the previously assigned Judge, Hon. William Alsup, ordered this matter stayed in all respects due to the pending criminal proceedings involving Plaintiffs. (See Document 12, e-filed 11/18/11).

13. WHEREFORE, the parties, by and through their respective counsel, respectfully seek a further Order of the Court to:

    a. continue to stay this case until further Order of the Court,

    b. grant Defendants an extension of time to file a responsive pleading, such pleading to be filed no later than 20 days after the filing of an order lifting the stay in this action, and

    c. set this matter for a case management conference during the week of November 19, 2012, per the availability of the Court, with a deadline for the parties to file a joint case management conference prior to that date.

**IT IS SO STIPULATED**

DATED: January 26, 2012    LAW OFFICE OF JIVAKA CANDAPPA
    By: /s/ Jivaka Candappa

    Jivaka Candappa, Attorney for Plaintiffs,
    BARRY WHITE, JR. and DEMITRIUS ANDERSON

| | | |
|---|---|---|
| 1 | DATED: January 26, 2012 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| 2 | | By: /s/ Noah Blechman |

James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants,
THE CITY OF ANTIOCH, *et al.*

## ORDER

Pursuant to the parties' stipulation and on a showing of good cause, this case shall remain stayed in all respects until further Order of the Court. Defendants shall file a responsive pleading no later than 20 days after the filing of an Order lifting the stay in this matter. This matter is set for a Case Management Conference at 2:00pm on November 19, 2012. The parties shall file a Joint Case Management Conference Statement no later than two weeks prior to the hearing.

**IT IS SO ORDERED.**

Dated: February 1, 2012     By: _____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE