**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARRY WHITE, JR., DEMETRIUS ANDERSON,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**CITY OF ANTIOCH,** *et al.*,<br><br>    Defendants. | Case No.: 11-CV-4221 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE FOR MARCH 17, 2014, AND SETTING COMPLIANCE HEARING** |

The Court is in receipt of the parties' Supplemental Joint Case Management Statement filed March 10, 2014. (Dkt. No. 25.) Based upon the status report therein, the Court **ORDERS** as follows:

The Case Management Conference currently set for March 17, 2014, is **VACATED.**

The Court sets a compliance hearing on **Friday, April 4, 2014, at 9:01 a.m.** in Courtroom 1, Federal District Court, 1301 Clay Street, Oakland.

No later than five (5) business days prior to the date of the compliance hearing: (1) the parties shall file a stipulation of dismissal without prejudice of the claims of Plaintiff Demitrius Anderson or a **JOINT STATEMENT** explaining the failure to do so; and (2) Plaintiff's counsel shall file his motion to withdraw as counsel for Barry White, Jr., or a statement as to the status of his civil case. If compliance with filing of the stipulation and motion to withdraw is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances may be allowed if the parties have submitted statements regarding failure to comply in a timely fashion.

**IT IS SO ORDERED.**

Date: March 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**