1  JIVAKA CANDAPPA (SBN 225919)
2  739 East Walnut Street, Suite 204
   Pasadena, CA 91101
3  Telephone: (626) 345-5334
   jcandappa@candappalaw.com
4

5  Attorney for Plaintiffs BARRY WHITE, JR.
   and DEMITRIUS ANDERSON
6

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | BARRY WHITE, JR. and DEMITRIUS | ) | Case No.: C 11-04221 YGR
   | ANDERSON,                       | ) |
13 |                                 | ) | ORDER GRANTING
   |         Plaintiffs,             | ) | **VOLUNTARY DISMISSAL AND**
14 |                                 | ) | **STIPULATION TO DISMISSAL OF**
   |         vs.                     | ) | **DEMETRIUS ANDERSON'S CLAIMS**
15 |                                 | ) | **AGAINST THE NAMED DEFENDANTS,**
   |                                 | ) | **WITHOUT PREJUDICE**
16 | CITY OF ANTIOCH, JAMES HYDE, Chief | ) | F.R.Civ.P. 41(a)(1)(A)(ii)
   | of Police, Antioch Police Department, in his | ) |
17 | official and individual capacities; ALLAN | ) | Judge: Hon. Yvonne Gonzalez Rogers
18 | CANTANDO, Chief of Police, Antioch Police | ) | Courtroom: 5, 2nd Floor
   | Department, in his official and individual | ) | Location: 1301 Clay Street, Oakland, CA
19 | capacities; OFFICER NICHOLAS CUEVAS | ) |
   | (#3920), OFFICER CHRIS WALTERS | ) | Complaint Filed: August 26, 2011
20 | (#3489), CORPORAL MIKE HULSEY | ) |
   | (#2356), CORPORAL KELLY OUIMET | ) |
21 | (#2031), LIEUTENANT LEONARD | ) |
22 | ORMAN (#1878), OFFICER MIKE | ) |
   | MELLONE (#4323), DOES 1 through 25, in | ) |
23 | their official and individual capacities, | ) |
24 |         Defendants.             | ) |

25

26

27

28

Voluntary Dismissal and Stipulation to Dismissal          *White et al. vs. City of Antioch et al.*
of Demetrius Anderson's Claims against the                Case No.: C 11-04221 YGR
Named Defendants Without Prejudice        **-**1-

1  Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Demetrius
2  Anderson hereby voluntarily dismisses his claims against all named Defendants, said
3  dismissal to be without prejudice.

5  DATED: March 17, 2014        LAW OFFICE OF JIVAKA CANDAPPA
6                                By:  /s/ Jivaka Candappa

7                                Jivaka Candappa, Attorney for Plaintiffs
8                                BARRY WHITE, JR. and DEMITRIUS ANDERSON

9  DATED: March 17, 2014        MCNAMARA, NEY, BEATTY, SLATTERY,
                                 BORGES & AMBACHER LLP
10
                                 By:  /s/ Noah Blechman
11
12                               James V. Fitzgerald, III
                                 Noah G. Blechman
13                               Attorneys for Defendants
                                 THE CITY OF ANTIOCH, *et al.*
14

15                ORDER

17    IT IS SO ORDERED.

19    Dated: March 18, 2014                 _____
20                                          YVONNE GONZALEZ ROGERS
                                            U.S. DISTRICT COURT JUDGE

---

Voluntary Dismissal and Stipulation to Dismiss        *White et al. vs. City of Antioch et al.*
of Demetrius Anderson's Claims against the            Case No.: C 11-04221 YGR
Named Defendants Without Prejudice      -2-