**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARRY WHITE, JR.,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CITY OF ANTIOCH**, *et al.*,<br><br>　　　　Defendants. | Case No.: 11-CV-4221 YGR<br><br>**ORDER GRANTING REQUEST TO PERMIT PLAINTIFF'S MOTHER TO APPEAR AND PRESENT HIS OPPOSITION AT THE MAY 13, 2014 HEARING ON HIS COUNSEL'S MOTION TO WITHDRAW** |

The Court is in receipt of the Plaintiff Barry White, Jr.'s letter dated April 10, 2014. (Dkt. No. 33.) Plaintiff is currently in custody in the San Francisco County Jail. Plaintiff requests to be ordered produced and transported to the hearing scheduled for May 13, 2014, at 2:00 p.m., or, alternatively, that the Court to permit his mother, Malinda Carroll-Brown, to appear on his behalf.

The Court **GRANTS** the request to permit Ms. Carroll-Brown to appear on Plaintiff's behalf. The Court will determine at the time of the May 13, 2014 hearing whether any further hearing or order to produce and transport Plaintiff for a personal appearance is warranted.

**IT IS SO ORDERED.**

Date: April 15, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**