United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARRY WHITE, JR.,** | **Case No.: 11-CV-4221 YGR** |
| **Plaintiff,** | **ORDER GRANTING MOTION TO EXTEND DEADLINE AND CONTINUING COMPLIANCE HEARING** |
| **vs.** | |
| **CITY OF ANTIOCH,** *et al.*, | |
| **Defendants.** | |

The motion filed by Counsel Jivaka Candappa to Extend Deadline (Dkt. No. 37) is **GRANTED**.

The compliance hearing regarding the filing by counsel Jivaka Candappa of a further declaration in support of his motion to withdraw, currently set in this matter for June 13, 2014, is **CONTINUED** to the Court's next available date for a compliance hearing, **July 11, 2014,** at 9:01 a.m. Counsel shall file the further declaration no later than **July 3, 2014**.

This Order terminates Dkt. No. 37.

**IT IS SO ORDERED.**

Date: June 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**