**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARRY WHITE, JR.,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**CITY OF ANTIOCH,** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: 11-CV-4221 YGR<br><br>**ORDER GRANTING MOTION OF JIVAKA CANDAPPA TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF BARRY WHITE, JR.** |

　　　　Presently before the Court is the Motion of Counsel Jivaka Candappa ("Counsel") To Withdraw As Attorney of Record for Plaintiff Barry White, Jr. ("Plaintiff"). (Dkt. No. 30.) The Court heard argument on May 13, 2014, and ordered Counsel to submit further information in support of the motion, including: a declaration indicating he had spoken directly with Plaintiff about his case, delivery of any legal files and other consequences of Counsel's withdrawal in this matter; Plaintiff's contact address and phone number for service of future notices; proof of service of a notice to Plaintiff stating the effects of a withdrawal of counsel. Counsel filed his Supplemental Declaration with the required information on July 7, 2014. (Dkt. No. 39.)

　　　　Based upon the foregoing, and good cause appearing, the Motion of Jivaka Candappa To Withdraw As Attorney of Record for Plaintiff Barry White, Jr. is **GRANTED**.

　　　　The Clients' current and/or last known addresses are set forth below:
　　　　　　Barry White, Jr. – 13673375
　　　　　　County Jail No. 4
　　　　　　850 Bryant Street
　　　　　　San Francisco, CA 94103

　　　　As previously indicated, this matter is currently stayed pending the resolution of the related criminal cases against Plaintiff Barry White, Jr., and now-dismissed plaintiff Demitrius Anderson.

Plaintiff is reminded that he is required to file a statement on the current status of the criminal proceedings no later than Friday, **December 4, 2014**. The Court has scheduled a compliance calendar date for Friday, **December 18, 2014**, at 9:01 a.m. in Courtroom 1 to ensure that the statements have been filed timely. **No personal appearance on the compliance calendar date will be required.**

The trial in this action has not yet been set.

Plaintiff Barry White, Jr. is notified that if he will be representing himself, he shall be solely responsible for the case.

---

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. **If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

---

Plaintiff Barry White, Jr. is further notified that it is his duty to keep the Court informed at all times of his current address. The Court needs to know how to contact you.

---

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

---

IT IS SO ORDERED.

Dated:  July 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**