Barry White Jr. 13673375
County Jail #4
850 Bryant Street
San Francisco, CA 94103



November 23, 2014

United States District Court
Honorable Yvonne Gonzalez Rogers
1301 Clay Street, Suite 400S
Oakland, CA 94612

Re: Case No.: CV11-04221 YGR

Dear Judge Gonzalez Rogers,

This letter is to inform you of the current status of the criminal proceeding taking place in San Francisco, California. My next court date is scheduled for Thursday, January 29, 2015, at 9:00 a.m. in department 20. This is the set date to set a date for the preliminary hearing.

Sincerely,
Barry White, Jr.