**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARRY WHITE, JR.,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**CITY OF ANTIOCH,** *et al.*,<br><br>    **Defendants.** | Case No.: 11-CV-4221 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

    The Court is in receipt of the two letters filed by Plaintiff Barry White, Jr. regarding the status of the underlying criminal action. In light of those statements, and the continued stay in this matter, the Court **CONTINUES** the compliance calendar date, currently for December 19, 2014, to **Friday, May 15, 2015, at 9:01 a.m.**

    Plaintiff is directed to file an updated statement on the current status of the criminal proceedings no later than Friday, **May 1, 2014.**

    The Court has scheduled the compliance calendar date to ensure that the statement has been filed timely. **No personal appearance on the compliance calendar date will be required.**

    **IT IS SO ORDERED.**

Date: December 15, 2014

                                                      **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**