Barry White Jr
4/12/15

**FILED**

APR 17 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No: 11-CV-4221 YGR

Case No. 13019389 might have the numbers changed to 575898C due to a Grand Jury Indictment the next court date is April 30th 2015 and still should continue after that

signed, Barry White