**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARRY WHITE, JR.,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**CITY OF ANTIOCH,** *et al.*,<br><br>    Defendants. | Case No.: 11-CV-4221 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court is in receipt of a letter filed by Plaintiff Barry White, Jr. regarding the status of the underlying criminal action. In light of that statement, and the continued stay in this matter, the Court **CONTINUES** the compliance calendar date, currently for May 15, 2015, to **Friday, September 18, 2015,** at 9:01 a.m.

Plaintiff is directed to file an updated statement on the current status of the criminal proceedings no later than Friday, **September 4, 2015.**

The Court has scheduled the compliance calendar date to ensure that the statement has been filed timely. **No personal appearance on the compliance calendar date will be required.**

**IT IS SO ORDERED.**

Date: April 22, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**