**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARRY WHITE, JR.,** | Case No.: 11-CV-4221 YGR |
| Plaintiff, | **ORDER CONTINUING COMPLIANCE HEARING** |
| vs. | |
| **CITY OF ANTIOCH,** *et al.*, | |
| Defendants. | |

The Court is in receipt of a letter filed by Plaintiff Barry White, Jr. regarding the status of the underlying criminal action, filed January 7, 2016. In light of that statement, and the continued stay in this matter, the Court **CONTINUES** the compliance calendar date, currently for January 22, 2016, to **Friday, July 8, 2016,** at 9:01 a.m.

Plaintiff is directed to file an updated statement on the current status of the criminal proceedings no later than Friday, **June 24, 2016.**

The Court has scheduled the compliance calendar date to ensure that the statement has been filed timely. **No personal appearance on the compliance calendar date will be required.**

**IT IS SO ORDERED.**

Date: January 11, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**