**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BARRY WHITE, JR.,** | Case No.: 11-CV-4221 YGR |
| Plaintiff, | **ORDER CONTINUING COMPLIANCE HEARING** |
| vs. | |
| **CITY OF ANTIOCH**, *et al.*, | |
| Defendants. | |

The Court is in receipt of the Statement Regarding Status of Pending Criminal Case filed by San Francisco Deputy Public Defender Kwixuan H. Maloof. (Dkt. No. 57.) In light of that statement, and the continued stay in this matter, the Court **CONTINUES** the compliance calendar date, currently set for July 14, 2017, to Friday, **September 22, 2017,** at 9:01 a.m.

Plaintiff is directed to file an updated statement on the current status of the criminal proceedings no later than Friday, **September 8, 2017.**

The Court has scheduled the compliance calendar date to ensure that the statement has been filed timely. **No personal appearance on the compliance calendar date will be required.**

**IT IS SO ORDERED.**

Date: July 7, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**